IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**TINA PRETTYMAN-SILVA,**                      07-CV-1696-BR

      **Plaintiff,**                      **JUDGMENT**

**v.**

**MICHAEL J. ASTRUE,
Commissioner of Social
Security,**

      **Defendants.**

**BROWN, Judge.**

    It is hereby ORDERED and ADJUDGED that the above-captioned case be **REVERSED** and **REMANDED** for further administrative proceedings for the reasons set out in the Court's Order (#22) issued July 15, 2008.

    DATED this 15th day of July, 2008.

                                     /s/ Anna J. Brown

                                     ANNA J. BROWN
                                     United States District Judge